LAW OFFICE

OF

## B. ALAN SEIDLER

580 BROADWAY

NEW YORK, NEW YORK 10012

TELEPHONE

(212) 334-3131

SEIDLERLAW@GMAIL.COM

November 13, 2019

Hon. Alison J. Nathan
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

Filed By ECF

re: USA v. Richard Martinez
18 cr 526 (AJN)

Dear Judge Nathan;

Richard Martinez submits this presently incomplete letter memorandum in support of his request for sentencing leniency. Martinez has no factual objections to the presentence report except that he resides 4th Avenue, and not Fort Avenue [para. 59].

Martinez believes the law of sentencing to be as follows:

In sentencing defendants, district courts should consider the factors set forth in 18 USC @ 3553(a). The statute provides that the sentencing "court shall impose a sentence sufficient but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection," and the statute then sets forth 7 specific considerations:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

(2) the need for the sentence imposed -

(A) to reflect the seriousness of the offense, to promote respect for the law, and to

provide just punishment for the offense;

(B) to afford adequate deterrence to criminal conduct;

C) to protect the public from further crimes of the defendant;

(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) the kinds of services available;

(4) the kinds of sentence and the sentencing range established [in the Sentencing Guidelines];

(5) any pertinent policy statement [issued by the Sentencing Commission];

(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7) the need to provide restitution to any victims of the offense.

Richard Martinez believes he has satisfied all requirements for safety valve eligibility pursuant to USSG @@ 2D1.1(b)(18) and 5C1.2, and requests the Court impose its sentence without regard for the Count One 10 year statutory mandatory minimum sentence.

Martinez has had a common law marriage with Carmen Quintana for 23 years, and Martinez has been a step father to Ms. Quintana's 3 children during that time.

In 2005, Martinez had surgery to remove a benign brain tumor at the Montefiore Medical Center in the Bronx, and those medical records have been requested, but not yet received. Martinez presently suffers from hypertension and high cholesterol, and has had blood in his urine since his incarceration at the MCC as well as leg pain, abdominal pain, and has recently found himself unable to function. A major issue for Martinez is that he has been medically examined for his ailments at the MCC, but has received no treatment to alleviate symptoms, or pain. The

medical records from the MCC are awaited still, although they have been requested from the MCC on separate occasions.

Martinez would like to present these records to the Court, when received, in connection with sentencing.

Martinez was diagnosed with diabetes 4 years ago, and is prescribed Metroformin.

Martinez acknowledges his alcohol consumption is heavy and problematic. From 1995, until 2017, Martinez also used cocaine several times per week, and smoked marijuana regularly. Martinez requests substance abuse counseling in prison.

Martinez earned a high school diploma in the Dominican Republic.

While incarcerated Martinez has worked in the suicide prevention program at the MCC.

For 2 years prior to his arrest Martinez owned El Meneo restaurant in West New York, New Jersey, and from 2007 - 2012, Martinez was a restaurant manager in New Jersey. Martinez has also owned a communications store, and a New Jersey Delicatessen.

A letter to your Honor from Richard Martinez is attached.

Additional letters from Carmen Quintana, Miguel Guzman, Michael Guzman, Nathaly Rivas, Guarionex Rodriguez, Jaqueline Nunez, and Eridania Perez, are attached that Martinez requests the Court consider as part of its sentencing decision.

Martinez submits the 4 years sentencing recommendation of the Probation Department is excessive. Martinez is contrite, admitted his guilt, and did not engage in decorative motion practice because he understood he was guilty. Martinez's medical problems will make lengthy incarceration very difficult, and to date the Bureau of Prisons has not provided to Martinez medical treatment. Now his urination contains larger amounts of blood, pain has spread throughout his body, and Martinez is barely able to leave the bed in his cell at the MCC.

Martinez strongly requests the leniency and understanding of your Honor.

Respectfully,

B. Alan Seidler

bas/ee

Dear Judge:

With all respect I address you to try to explain the change that has happened in me with this difficult experience.

At my young age of 18 years old, and after I finished my high school in the Dominican Republic, I came to this country to seek employment. In the 30 years that I have been living here I have had several jobs and in between jobs I was able to start my own business, a small restaurant in which I had several jobs in my restaurant I worked as a kitchen helper, waiter, server, manager and even cleaning.

With the death of my mother my situation became more difficult since she was a moral support for me and the economic for my family in the Dominican Republic.

With all the efforts that I have made, I was able to get ahead with my family. I have always tried to be an exemplary father to my children.

First, I want to ask my family and my dear wife for the sincerest apology, that with her support and her love I have been able to managed and overcome this difficult experience that I now understand all the efforts that they have made to keep us as a family.

So, in this way I have a commitment that when I am given the opportunity to return to society, I will be ready.

Thank you, Your Honor for your attention to this letter.

Richard A. Martinez

To Whom It May Concern:
I Carmen Quintana partner to Richard Martinez for 23 years.
Attest that he is an excellent human being, a great person,
a good husband, a good father, and a good friend. I have
spent most of my time with him. An I can't attest to
anything negative about him. From his medical condition,
I can say that he underwent brain surgey, suffers
from high blood pressure, is diabetic, has high
cholesteral, and other aliments for which he has to take
multiple medications. When we first met, he
worked at a car wash. Afterwards he worked in a company
named Natali. We had a deli, Grand Avenue Deli, a store for
multi service, JGR, a resturant, Karamba, and another restaurant
El Mexco Caribeno. As a husband and partner I have no complaints
towards him. If he has erred I ask of you to give him
a great opportunity. Because this situation has us all depressed.
I beg of you an opportunity if that's in your hands.

Attentively,

Carmen Quintana

To whom it might Conceorn:

My name is Miguel Guzman I've known Richard Martinez for almost 40 Years, My Friend my brother Richard. He was born in Queens in 1969 the Same Year I was born in the Dominican Republic, his family moved back To Santo Domingo in 1971 where he grew up.

I had the privelege To have met him in 1982 when we where 13. From the moment I met him, I've never known a person more selfless, alway Caring For those he loved even To Sacrifice himself, to make everyone happy.

He moved back To the USA in 1988, with out a family basically living on his Own when he was Only 21 Years Old, exactly the Same year I Came To this Country.

And please Take a look at Richard's Case with an open heart, he has a big family Of those that love him, and will do our best To guide him on the right path From now on.

Sincerely,
Miguel Guzman; ~~Puerto Rico~~
~~No Tienen a Miguel 10~~

My father's best friend, and brother, Richard, has always been like an uncle to me. One thing that has always standed out to me was how genuinely good he was to everyone he cared for. His son, and I have formed the same brotherly bond that my father and Richard have had for the past 40 years. He has a bicg family of friends and loved one's he has personally touched, that will be deeply hurt if he wasn't given another chance. Please, with an open heart, value what is a loving person willing to take on a new lease on life.

Sincerely,

Michael Guzman,

Nathaly Rivas
~~56 Ridgefield Ave~~
~~Ridgefield Park, NJ 07660~~

September 24, 2019

To Whom It May Concern:

Richard Martinez has been in my life for almost 12 years. I came to know him as the father of my then boyfriend. From the first time we met, he instantly gave me a sense of comfort and reliability. He has always been the one I can count on when I have trouble of any kind. He has never said no to me when I was in need of something.

He is an outstanding grandfather who is always worried about the kids and things going on with them. He has yet to miss an event for my daughter who is a performer. He is a great man who is self-less in every situation he is put in, and looking back now, it would make sense why this situation exist. I can attest that Richard is a phenomenal man, and I hope this letter will be sufficient to relay the message.

Thank you,

Nathaly Rivas

Guarionex B Rodriguez
56 Ridgefield Ave
Ridgefield Park, NJ 07660

September 24, 2019

To Whom It May Concern:

I have known Richard A. Martinez for almost my whole life. He came into my life when I was about seven years old. From the moment I met him, he treated me as if I was his son. He has played a very big part in the man I am today. He taught me the value of family and hard work.

Richard is man of true value and character. He has been such an important piece of this family. From being my dad to being one of the most present and involved grandfathers. Although I put him through many trials and tribulations as a teenager, he always made sure to talk me through each situation and tell me right from wrong.

Richard has shown me how to be a hard worker since I met him. He had a bodega in which I remember going to after school to help stock the chips and refrigerator. He then worked at our restaurant, Karamba, where he spent the majority of his day serving people. Everyone always loved going to see his contagious smile and charismatic personality. Up until recently, he held a job at a stadium setting up the venue for various events, while helping my mom with the restaurant. He is a man of many hats and I couldn't be prouder to be his son.

I hope that this will serve you as a testimony to the amazing man and father that Richard really is.

Sincerely,

Guarionex B. Rodriguez

September 22, 2019

Re: Richard Martinez

Honorable Judge:

I am writing in support of Mr. Richard Martinez who appears before your court to answer charges. I am a small business owner in Providence, Rhode Island, and I have known Mr. Martinez and his family for approximately two decades. I have known him to be a thoughtful and caring individual who is selfless and quick to help others. While I am not familiar with the circumstances around this current situation, I know that Mr. Martinez is a good person who has worked hard over the years to help his family and others get ahead. I also know that sometimes circumstances can lead a person to make unwise decisions that do not necessarily reflect that person's nature or personality as a whole. I respectfully ask that you take this into consideration when reviewing Mr. Martinez' case.

Sincerely,

Jaqueline Nuñez
202 Wentworth Avenue
Cranston, RI 02005
jaquelinn@live.com

Eridania Perez
Eridania.perez@squirepb.com
646-557-____ (M)
201-951-____ (H)

October 6, 2019

The Honorable Alison J. Nathan
United States District Court, Southern District

> Re:    Richard Martinez, Case No. 1:18cr526

Dear Judge:

I write in regards to the above-mentioned case. Richard Martinez is my brother-in-law. I am an attorney in private practice since 1999, currently working at the law firm Squire Patton Boggs. As such, I am very well aware of my ethical obligations and consequences of any untruthful statements before the court. I say this because I want to make sure that there is no doubt in the truth of my statements about Richard. I am writing this letter out of my own will and not because anyone has asked me to write it.

I never asked about Richard's finances or employment, but whatever he is accused of does not change my perception of him. He is one of the kindest human beings I have ever met. When Richard met my sister, she was a struggling single mother of two boys working as a waitress to make what she could to support her boys. Since they have been together (more than 18 years now), Richard has not only been a wonderful, supportive and loving husband but he's raised my two nephews as his own. In their eyes, Richard is their only dad. Even after they had a son of their own, Richard never treated my nephews any differently. He has always been a loving, kind family man, and even if it sounds ironic, he only taught my nephews to be descent, hard working young men. He put one of them through college and cried of pride during his graduation ceremony from Rutgers University. My other two nephews are fully employed, with the younger attending community college. I could not be prouder of them and thankful to Richard (and my sister) for whom they have become.

Richard has always been there for his and my family, in the good and sad times, when times have become tough with sickness and death in the family by always lending an ear and a shoulder to cry on. He has always put others' feelings before his. I have personally witnessed how he helped people in financial need that is, buying them food, donating clothing, etc. in the Dominican Republic.

Many young men raised in predominantly poor neighborhoods are unfortunately easily deceived into doing things they do not want to because of necessity. I am not justifying whatever Richard is accused of doing, but someone with the heart of gold that Richard has, deserves a fair second chance. I am also concerned, as is my sister, his sons and my family, about his health and worry that a long time in prison may only worsen his health condition.

Please do not hesitate to contact me may you have any questions.

Respectfully,

Eridania Perez